Orrion Oliver Erekson Jr # 093105
Name and Prisoner/Booking Number

ASPC-Yuma Lapaz unit 6-E-16
Place of Confinement

PO Box 8819
Mailing Address

San Luis Az 85349
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
☑ FILED          ___ LODGED
___ RECEIVED      COPY

     MAR 27 2013

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY _____ B DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Orrion Oliver Erekson Jr                     )
(Full Name of Plaintiff)          Plaintiff,  )
                                             )
                    vs.                      )
                                             )
(1) Charles L Ryan                          ,)
(Full Name of Defendant)                     )
                                             )
(2) C, Hale                                 ,)
                                             )
(3) CO III Estrada                          ,)
                                             )
(4) _____                         ,)
              Defendant(s).                  )
☐ Check if there are additional Defendants and attach page 1-A listing them.  )

**CV-13-00621-PHX-NVW(JFM)**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: ASPC-Yuma Lapaz unit    San Luis Az

Revised 3/9/07                           1                         **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Charles L Ryan_. The first Defendant is employed as: _Director of Prisons_ at _Arizona Department of Corrections_.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _C. Hale_. The second Defendant is employed as: _Wexford Medical Administrator_ at _ASPC-Yuma_.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _CO III Estrada_. The third Defendant is employed as: _CO III_ at _ASPC-Yuma - Lopez unit blg 6 - E-F run_.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at_____.
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *Eight Amendment*
*of the United States Constitution*

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☒ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I went to medical at Yuma-Lapaz unit to ask about my Psoriasis. The Nurse's looked at me then had me taken to CDU I was locked in a cell in CDU Striped of Clothes untill that nite when I was told By DOC Staff I was going to stay in the hole untill I washed with some kind of lotion. I was given this lotion and told to rub it all over my body. Now I Know that Doctors in prison Can make a mistake and this dose not find a Violation of my Eight Amendment right under the United State's Constitution I would like this court to Know that I understand that much But after I put this lotion on my body it began to burn I was in extreme Pain. I told DOC staff that was working in CDU this at first they told me to be a man. but when they seen me again they said they would call medical. over a hour has passed and my skin you could see was burnt. This all took place on January 11th 2013 I sat in the hole for 5 days asking for help my skin burning the hole time. Nobody would do nothing they would put my tray of food on the trap and Close it as soon as I took it and walked off. Some CO's would Yell that medical was told. well Medical did show-up on January 16th 5 days after I was burnt by this lotion when I got burnt is when Prison Officials did do Nothing. Pages Attached —

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

refused medical treatment, refused Forms to File appeal

_____

_____

5. **Administrative Remedies:**
    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
    c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. did not appeal the Grievance Never recived any response" Nor did I recive any response to my informal Complaint "Copy of Grievance Attached !!

The DOC staff could see my hole body had severe burns on it. Plus My hands and feet were swelling so bad that my skin was spliting. blood and pos were oozing from when my skin was spliting. when the nurse did show up on the 16th of January all she said was that I can return to my unit. That was done on the 17th of January around 9 PM I was still in extreme pain and I showed DOC staff on my unit who called Medical. Then I was told that medical has already cleared me and there was nothing that could be done.

Finally after 11 days with my skin burned and bleeding hands and feet pos oozing from all over my body I was taken to the hospital in yuma were I was treated for my burns on my body.

On 1-22-13 I filed a informal Complaint. My response from my COIII which stated that my informal Complaint was about Psoriasis condition. See attached informal Complaint and Response from My COIII Estrada where they only bring up the Psoriasis and "nothing" about my burns or being taken to the hospital.

Then on 3/4/13 C. Hale wrote a "inmate letter" Response Stateing my primary concern is treatment for my Psoriasis. I'm sure this Court can see by reading my Inmate informal Complaint that my Psoriasis was in fact why I went to medical. but what happened after was my "primary Concern". Then to make matters worse when I filed my Inmate Grievance on 2-11-13 Sence I didn't recive a response My COIII was not in his office for me to get the appeal grievance in the time limit. Then when he dose show up he wont give me the form to appeal Saying my time

limit to Appeal is past. And refused to give me the Form to file a appeal. All I could do at this time was write a inmate letter to Charles Ryan and let him Know what was happening

To date I still haven't recived the medication that the hospital has orded for me, my skin is still burnt and I need to be seen by a doctor. My body has burn marks and scars all over it I would ask this court to order DOC to let me see a Doctor

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   - ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   - ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

4

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

At this time I'm seeking medical treatment and court cost any anything else this
Court seems it has the power on again I'm not a Atty this prison has NO
Law library at All Medical expenses in the future

I declare under penalty of perjury that the foregoing is true and correct

Executed on ___3·25·13___
  DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may
attach no more than fifteen additional pages.  But the form must be completely filled in to the extent
applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued
and number all pages.

6

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| | |
|---|---|
| Received By | *Estrada* |
| Title | *CO III* |
| Badge Number *6826* | Date *2-11-13* |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Erickson Orion | 093105 | 2.11.13 |

| Institution/Facility | Case Number |
|---|---|
| Lo Pnz 6E.16 Yuma | Y08-014-13 |

To: CoIII Solis

**Description of Grievance** *(To be completed by the inmate)*

First off my 15 working days have passed and Failure to respond to my informal Resolution dated 1-22-13 on it was where it was stated that on 1-11-13 I went to medical to see about my Psoriasis which Medical has treated in the past. I was then taken off unit and Placed in CDU where I was told I would stay until I used some Kind of lotion. I used this lotion to get out of CDU. That lotion burned my skin and I was in extreme Pain. I told DOC staff in CDU I was burning and in extreme pain And told to stop being a baby. After hours of this They said they would contact Medical. I got to see someone from medical on 1-16-13 who just said you can go back to your unit. On 1-17-13 DOC staff called medical because my skin had Severe burns Plus swelling untill my skin split. Medical in turn said there was nothing they needed to do Since medical has cleared me already. Finally After 11 days with my skin burned From head to toe my hands and feet bleeding from spliting from the swelling I was taken to the hospital. And to this date I have not been giving any of the meds that the Doctor has Prescribed I itch and burn still.

**Proposed Resolution** *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

I have seen medical they don't Know why I haven't got the meds, or will even help me with getting them. I need to be taken to a Doctor that can care and treat this burn problem. At this time I don't Believe there is a Resolution to this problem but getting some real medical Help would help

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *[signature]* | 2.11.13 | CO IV Solis 6616 | 2/12/13 |

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

RECEIVED
FEB 20 2013
BY: B.B. #11026

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

Inmate:  Erekson, Orrion          ADC# 093105          La Paz          Y08-014-13

Your grievance of 02-11-13 was received by medical on 02-20-13 and is based upon your complaint that you have not received medication prescribed to you for your psoriasis.

You raised an issue in your informal inmate letter dated 01-22-13 stating you have psoriasis and did not receive proper treatment for your condition which caused you further injury. On 02-11-13 CO III Estrada responded to your informal inmate letter stating: On 01-24-13 I forwarded the informal complaint resolution to C. Hale, Wexford Medical Administrator, for an appropriate response. As of today 02-11-13 I have not received a response.

Investigation into your medical issue is as follows: The medication prescribed to you for the ongoing problem with your psoriasis was dispensed to you on 01-23-13.

Your grievance is therefore resolved.

You have the right to appeal this decision to Juliet Respicio-Moriarty, Inmate Appeals Grievance Investigator by filing a form 802-3 within 5 calendar days of receipt of this notice.

*Cyndy Hale Complex Site Manager*          *3/4/13*

Cyndy Hale, Complex Site Manager          Date

CO III Estrada wold "Not" let me appeal this stating that C. Hale did not respond in time Frame

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| EREKSON, ORRION O. | 093105 |

Institution/Unit

ASPC/YUMA/LA PAZ

| From | Location |
|---|---|
| CO III Estrada | 6E16L |

In response to your  informal complaint dated 01/22/13 about your ongoing problem with your Psoriasis condition.

On 01/24/13 I forwarded the informal complaint resolution to C. Hale/Wexford Medical Administrator for an

appropriate response. As of today 02/11/13 I have not received a response. You have five work days from the date

of this response to file the formal complaint using the inmate grievance form 802-1.

CO III Estrada

| Staff Signature | Date |
|---|---|
|  | 2-11-13 |

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

<table>
<tr><td colspan="4">Complaints are limited to one page and one issue. <u>NO ATTACHMENTS PERMITTED</u>. Please print all information.</td></tr>
</table>

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Erekson, Orrion | 093105 | Yuma/Lopez | 1-22-13 |

| To | Location |
|---|---|
| co III Estrada | 6-E/F |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On Friday January 11th I went to medical at Lopez Unit at Yuma Complex to see about my on going problem with Psoriasis which they use to treat here but stoped saying I could buy cream from Keefee store now. when I was seen the nurse went to ask another nurse for a second opinion. The next thing I knew Im being taken off unit and placed into CDU where I sit with no clothes until that night where I was by Doc Staff I would stay until I used some kind of lotion and take a shower, I did as I was told! I told Doc Staff that I was in extreme pain and burning They said they would inform medical which took until wednesday January 16th when the nurse did see my body had severe burns plus my hands were swelling until they split They said I could be returned to Lopez unit which was done on Thursday January 17th around 9 pm The next morning I told Doc Staff I was in extreme pain and blood and pus was oozing from where my skin has split From the swelling DOC staff called medical who in turn said there was nothing they need to do since medical has cleared me already. And there was nothing they can do. Finally after 11 days with my skin burned and bleedy hands and feet I was taken on to the Hospital in yuma ware I was treated

Resolution

At this time I don't think there is a Resolution to this and I need to File a Grievance

| Inmate Signature | Date |
|---|---|
| *[signature]* | 1·22·13 |

Have You Discussed This With Institution Staff?    ☑ Yes   ☐ No

If Yes, give the staff member Name:   Sgt Dickson

Distribution:   Original – Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*(To be completed by staff member initially receiving appeal)*

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

Received by: _____
Title: _____
Badge #: _____
Date: _____

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Erekson, Ornon D | 093150 | 3-19-13 |

| Institution | Case Number |
|---|---|
| Yuma/Lapaz unit | Y08-014-13 |

TO: Director Charles L Ryan

I am appealing the decision of _____ C. Hale _____ for the following reasons:

If you read my informal Complaint and my grievance in this Matter My Psoriasis isn't even at question in this matter. but it was the reason I went to Medical only. what Medical did to me by buying meredith lotion holding me in the CDU and then Not giving me Medical treatment After my Body was burned is the problem. COIII Estrada and C. Hale. Are not willing to admitt what happened. 11 days after the First when they took me to the hospital it was not For "Psoriasis" it was because my hole body was burned and bleady. Please read informal Complaint Plus Grievance. To date I have not Drived Medical treatment For there mistake. And C. Hale is trying a word game in this matter _____ thank you

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *[signature]* | 3·19·13 | | |

Response To Inmate By: | Location

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3
7/13/09

Dominguez, Raymond
ASPC - Yuma - La Paz
P.O. Box 8819
San Luis, Az. 85349

To Whom It May Concern;

    I Raymond Dominguez, Pelbore I Have Known Orion O. Erekson Jr. since he first arrived to Dakota Unit here in Yuma Complex. Back in June of 2008. He was a Healthy Individual always working out and very Rarely sick. His skin was in good health.

    Then on or about Aug. 15, 2012 he was working Cut himself which later turned into A RASH. He would later try to see staff. Finally around Sept. 1, 2012 He was seen by medical staff they told him he had a Bacterial Infection and was given Antibiotics. That only helped part of the problem. It took care of the Infection But He had broken out in a bad rash.

    He repeatedly tried to see medical but was Not helped. He kept putting in H&R's but they kept slow playing him. Around Dec. 31, 2012 we were told they took Him to C.D.U. because he had Scabies.

I AM NOT A TRAINED medical person but I even Knew he did Not Have Scabies. They gave him cream to put on his body and it spread the rash to his entire body. By the time he returned to the yard here at La Paz, he looked Like the whole top layer of his skin had been burnt chemically.

His skin was seeping puss from its open sores. What ever they gave him did more damage to his skin then any help.

Medical here Refused to help him. Sgt. Dixon even went as far as to Take pictures, because medical would Not help him.

It is Now March 10, 2013 and He still has A RASH, it itches him bad. And they still tell him he is cured. It is Not Just the medical companies fault, it is Also the Inept Nurses that have been here for all the company changes that Never help the Hurt and sick.

I declare under penalty of Perjury that the forgoing is true and Correct. Executed at La Paz - Yuma Arizona on March 10 2013.

MARCH 16th 2013

I've been present and witness
Oreion Ericksons skin conditions.
In August 2012 he happened to cut his
hand at work. I noticed later on
he started to broke out into a
rash, that started to spread. For
the longest time he was trying
to get medical attion.

Beginning ot Sept. 2012 he was seen
by medical, He received some
antibiotics. The rash never went
away, it started to spread bodly.
At the end ot Dec, they rolled him
up and took him to C.D.V. He
looked pretty bad. He was getting
worse.

I know he was gone for awhile
but when he came back and showed
me his arms, I almost got sick.
It looked like he had no skin.
Bloody, pus is what it looked like.
I couldn't beleive they sent him
back here in that condition. He
should ot never returned in that
shape. Its March 16th, Erickson still
has his rash, and still not receiving
the medical attention that he needs.
Joel Fain #146189 San Luis Az.